IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**ANDRES REYES,**<br>Defendant. | **Crim. No. 25-MJ-01158-MBA** |

## MOTION TO VACATE THE DETENTION HEARING

**TO THE HONORABLE COURT:**

Andres Reyes, represented by the Federal Public Defender for the District of Puerto Rico, has a Preliminary Examination and a Detention Hearing scheduled for January 20, 2026, at 9:30 AM before Honorable Magistrate Judge Mariana E. Bauza-Almonte. Dkt. # 10.

Today, the undersigned attorney met with Mr. Reyes and discussed the upcoming hearings. As a result, Mr. Reyes decided to waive his preliminary hearing. A signed waiver was filed at Dkt. # 13. Mr. Reyes also informed the undersigned attorney that he was not interested in being released on bail and preferred to remain detained at this juncture.

**WHEREFORE,** Andres Reyes respectfully requests that this Honorable Court vacate the Detention Hearing scheduled for January 20, 2026.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on January 16, 2026.

> **RACHEL BRILL**
> **Federal Public Defender**
> **District of Puerto Rico**
>
> **/s/ Victor M. Chico Luna**
> Victor M. Chico-Luna, Esq.
> USDC-PR # 228013
> 241 F.D. Roosevelt Avenue
> San Juan, PR 00918-2441
> T: 787-281-4922 / F: 787-281-4899
> Email: victor_chico@fd.org